# EXHIBIT E

| | | |
|---|---|---|
| KRUNCHCASH, LLC | * | IN THE CIRCUIT COURT |
| Plaintiff, | * | FOR |
| | * | BALTIMORE COUNTY |
| v. | * | |
| DIANE N. RESNICK | * | Civil Case No. C-03-CV-19-004422 |
| and | * | |
| THE LAW OFFICES OF JONATHAN S. RESNICK, LLC | * | |
| | * | |
| and | | |
| | * | |
| THE LAW OFFICES OF JONATHAN S. RESNICK, PLLC | * | |
| | * | |
| and | | |
| | * | |
| JONATHAN S. RESNICK | | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S REQUEST FOR WRITS OF GARNISHMENT IN AID OF ENFORCEMENT**

On December 4, 2019, this Court entered judgment in favor of KrunchCash, LLC, and against Diane N. Resnick, The Law Offices of Jonathan S. Resnick, LLC, The Law Offices of Jonathan S. Resnick, PLLC and Jonathan S. Resnick in the above-captioned action, in the amount of $55,471.29, plus ongoing use fees at the rate of $9.12 per day, plus post-judgment interest.

Plaintiff and Judgment Creditor, KrunchCash, LLC, by its undersigned attorneys, respectfully requests that the Clerk of Court for the Circuit Court for Baltimore County process

Writs of Garnishment of property other than Wages under Md. Rule 2-645 and 2-645.1 ("**Writ of Garnishment**"), to Truist Financial Corporation, 120 East Baltimore Street, Baltimore, MD 21202, against judgment-debtor Jonathan S. Resnick, residing at 7483 Valencia Drive, Boca Raton, Florida 33433.

**We further respectfully request that the processed Writs of Garnishment be held in the Clerk of Court's Offices for plaintiff to pick up rather than being mailed.** In addition to the time sensitivity of this matter, we will have the Writs of Garnishment served by private process server.

Dated: December 19, 2019

Respectfully submitted,

Nelson Mullins Riley & Scarborough LLP

By: /S/ Matthew Sturtz
Matthew S. Sturtz (CFP 9012190305)
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Telephone: (443) 392-9410
Facsimile: (443) 392-9499
matt.sturtz@nelsonmullins.com